IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOC LE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| CVS RX SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendant CVS Rx Services, Inc. ("CVS") files this notice to remove the above-entitled action from the County Court at Law No. 1, Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. Defendant respectfully shows the Court as follows:

## I.
## BACKGROUND

1. On December 21, 2022, Plaintiff Loc Le initiated this action in the County Court at Law No. 1, Dallas County, Texas by filing an Original Petition captioned *Loc Le v. CVS Rx Services, Inc.* *See* Pl's Pet., **Exhibit 1**, APP. 001-008. The County Court designated Plaintiff's action as Cause No. CC-22-07260-A (hereinafter, the "State Court Proceeding").

2. CVS was served with Plaintiff's Original Petition on December 23, 2022.

3. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1(a), an index of all documents filed in the state court proceeding, with the actual documents included, is attached hereto and incorporated herein by reference. *See* **Exhibits 1-5**, APP. 001-018. In accordance with Local Rule 81.1(a)(4)(B), a copy of the state court's docket sheet is attached as **Exhibit 4**, APP 017-018.

1

4.  In this suit, Plaintiff Le asserts causes of action for retaliation in violation of Chapter 21 of the Texas Labor Code.

## II.
## DIVERSITY JURISDICTION

5.  This Court has subject matter jurisdiction in this case based upon diversity jurisdiction. 28 U.S.C. § 1332. Diversity jurisdiction exists in a civil matter where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the dispute is between citizens of different states. *Id.* at § 1332(a)(1). Both of the requirements for diversity jurisdiction are met in this case.

**A.  The Amount in Controversy Exceeds $75,000.**

6.  In his Original Petition, Le states that he "seeks monetary relief over $1,000,000.00" *See* Pl's Pet., ¶ 7, **Exhibit 1**, APP 002. Because Plaintiff's Original Petition affirmatively reveals on its face that Le is seeking damages in excess of the minimum jurisdictional amounts of the federal court, this Court has diversity jurisdiction. *Bosky v. Kroger Texas LP*, 288 F.3d 208, 210 (5th Cir. 2002).

**B.  There is Complete Diversity of Citizenship.**

7.  Upon information and belief, Le was a citizen of the state of Texas at the time his lawsuit and this Notice of Removal were filed. *See* Pl's Pet., ¶ 2, **Exhibit 1**, APP 001.

8.  Further, at the time of filing of Plaintiff's Original Petition and at the time of removal, CVS was not a citizen of Texas.

9.  For purposes of section 1332, a corporation is deemed to be a citizen of any state by which it has been incorporated and of the state where its principal place of business is located. 28 U.S.C. §1332(c)(1). As clarified by the United States Supreme Court in *Hertz Corp v. Friend*, 559 U.S. 77 (2010), "the phrase 'principal place of business' in § 1332(c)(1) refers to the

place where a corporation's high level officers direct, control, and coordinate the corporation's activities, i.e., its 'nerve center,' which will typically be found at its corporate headquarters." *Id*. at 80-81.

10. CVS is incorporated under the laws of the State of New York. *See* (Declaration of Melanie Luker, attached hereto as **Exhibit 5**, APP 017-018 ("Luker Decl."), ¶ 3). CVS's headquarters, including its principal executive and administrative offices, are located in Woonsocket, Rhode Island, which is where the majority of its corporate officers and senior executives and directors perform the company's executive and administrative functions. (*Id*. at ¶¶ 4-5) Thus, CVS's principal place of business is in Rhode Island, and it is a citizen of New York and Rhode Island for diversity purposes. *Id.*

11. Consequently, CVS is not a citizen of Texas, and there is complete diversity of citizenship between Le and CVS.

## IV.
## PROCEDURAL PREREQUISITES

12. Venue is proper, as this is the Court assigned to the district and division in which the action is pending in state court. *See* 28 U.S.C. § 124(a)(1). This Notice of Removal is being filed within 30 days after CVS was served with Plaintiff's Original Petition, from which it was first ascertainable that the case was removable to federal court. Therefore, removal to this Court is both proper and timely under 28 U.S.C. § 1446(b).

13. As required by 28 U.S.C. § 1446(d), a Notice to the County Court of Filing of Notice of Removal, together with a copy of this Notice of Removal, is being promptly filed in the County Court at Law No. 1, Dallas County, Texas and served on Le. A true and correct copy of the "Notice to State Court of Filing Notice of Removal" (without exhibits), to be filed with the County Court, is attached hereto as **Exhibit 6,** APP. 019-020.

14.   Defendants will also file a Corporate Disclosure Statement that complies with FED. R. CIV. P. 7.1, LR 81.1 and LR 3.1.

WHEREFORE, Defendant effects removal of this action from County Court at Law No. 1, Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

Dated: January 17, 2023

Respectfully submitted,

/s/ *Alyssa M. Peterson*
Alyssa M. Peterson
Texas State Bar No. 24123836
apeterson@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500, Lock Box 116
Dallas, Texas 75201
214.880.8100
214.880.0181 (Fax)

**ATTORNEYS FOR DEFENDANT CVS RX SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the individuals below. I further certify that I have sent copies of the foregoing to these individuals via certified mail, return receipt requested:

Brett A. Smith
State Bar No. 18542275
bsmith@feesmith.com
FEE, SMITH & SHARP LLP
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972-934-9100 (phone)
972-934-9200 (fax)
ATTORNEYS FOR PLAINTIFF

                                            */s/ Alyssa M. Peterson*
                                            Alyssa M. Peterson